Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 16−22531−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Geo Ron S Jenkins
   4522 Forrest Avenue
   Pennsauken, NJ 08110

Social Security No.:
   xxx−xx−5936

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/20/16.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: October 20, 2016
JJW: cmf

James J. Waldron
Clerk

```
                            United States Bankruptcy Court
                                 District of New Jersey
In re:                                                               Case No. 16-22531-JNP
Geo Ron S Jenkins                                                    Chapter 13
        Debtor
                             CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                  Page 1 of 1          Date Rcvd: Oct 20, 2016
                               Form ID: 148                 Total Noticed: 12


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 22, 2016.
db             +Geo Ron S Jenkins,    4522 Forrest Avenue,    Pennsauken, NJ 08110-4107
516261860      +ARS Account Resolution,    150 North Woodruff,    Idaho Falls, ID 83401-4335
516261863       Financial Recoveries,    PO Box 1388,   Mt. Laurel, NJ 08054-7388
516261864      +Gateway Diversified Mortgage Services,    300 Welsh Road, Building 5,    Horsham, PA 19044-2250
516441293      +MTGLQ Investors, L.P,   c/o Shellpoint Mortgage Servicing,    PO Box 10826,
                 Greenville, SC 29603-0826
516261865      +PSE&G,   PO Box 14444,    New Brunswick, NJ 08906-4444
516261866      +Stern, Lavinthal, Frankenberg, Et Als,    105 Eisenhower Parkway, Ste. 302,
                 Roseland, NJ 07068-1640
516261867       Tiffany Hopkins,   1314 Browning Street,    Camden, NJ 08104-2012

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 20 2016 22:57:39     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 20 2016 22:57:36     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516261859      +EDI: AFNIRECOVERY.COM Oct 20 2016 22:33:00      Afni,   PO Box 3427,
                 Bloomington, IL 61702-3427
516261862      +EDI: BANKAMER.COM Oct 20 2016 22:33:00      BAC Home Loans,   PO Box 5170, MS SV314B,
                 Simi Valley, CA 93062-5170
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516261861*     +ARS Account Resolution,    150 North Woodruff,   Idaho Falls, ID 83401-4335
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 20, 2016 at the address(es) listed below:
         Denise E. Carlon    on behalf of Creditor    MTGLQ INVESTORS, L.P. dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
         Mark W. Ford    on behalf of Debtor Geo Ron S Jenkins markfordlaw@juno.com,
          dsorbello@MarkFordLaw.comcastbiz.net
                                                                                            TOTAL: 3
```